Stanley Niezgoda
vs.
The John Hancock Mutual Life Insurance Co. }No. 85721.

November 3, 1931.

FROST, J. Heard on defendant's motion for new trial after verdict for the plaintiff in the sum of $261.13.

This case was tried with a case entitled the same and numbered 85720.

Defendant's motion for a new trial is granted for the reasons which appear in the rescript of the Court in case No. 85720.

For plaintiff: Henry E. Crowe.

For defendant: George Hurley, Walter Moriarty.